UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEREMIAH WRIGHT, *Plaintiff*, | § § § | |
| vs. | § | CIVIL ACTION H-16-2663 |
| J.A.M. DISTRIBUTING, *Defendant*. | § § § § | |

## ORDER OF ADOPTION

On April 7, 2017, Magistrate Judge Stephen Wm. Smith compelled plaintiff to produce signed authorizations for the production of documents held by third-parties and awarded defendant attorney's fees (Dkt. 33). Plaintiff filed objections (Dkt. 34). After due consideration of the record and the law, the Court overrules the objections and adopts the April 7, 2017 order.

Signed at Houston, Texas this 31 day of May, 2015.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE